# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601
Tel: (914) 428-7124 Fax: (914) 997-6872

**MEMO ENDORSED**

David E. Patton
*Executive Director
and Attorney-in-Chief*

Jennifer Brown
*Attorney-in-Charge*

April 21, 2021

BY ECF AND BY EMAIL

The Honorable Kenneth M. Karas
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Joel Norwood*, **09cr1022-KMK**

Dear Judge Karas:

I write regarding the above captioned matter and to request early termination of Joel Norwood's five-year term of supervised release, which began on or about May 2, 2018. Mr. Norwood moves for early termination pursuant to Fed. R. Crim. P. 32.1, 18 U.S.C. §§ 3583(e)(1), 3553(a), and all other applicable statutes, case law and local rules. Mr. Norwood has completed approximately three years of his supervised release term. As described by his Probation Officer, Christina Alexander, who works out of the Probation Office for the Southern District of New York, Mr. Norwood has had no issues during this time. According to Ms. Alexander, Mr. Norwood is on low intensity supervision, submits his monthly report in a timely fashion, maintains all necessary contact with her, and has been of no trouble whatsoever. Throughout his time on supervision and as confirmed by Ms. Alexander, Mr. Norwood has had no police contacts, has maintained a stable residence, has maintained continuous employment, and even started his own business. Exhibit A. Mr. Norwood also has become a father in the last year to year and a half and takes that role seriously. Exhibit B.

I have spoken with both Ms. Alexander and Assistant United States Attorney Maurene Comey about the instant request. Ms. Alexander supports the instant request. Ms. Comey has no objection to the request.

For the foregoing reasons, Mr. Norwood respectfully requests that this Court grant his motion to terminate supervised release early.

Respectfully submitted,

JASON I. SER

Granted.

So Ordered.

4/21/21

cc:   AUSA Maurene Comey
USPO Christina Alexander